UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

COURTNEY CURRY ET AL                         CIVIL ACTION NO. 25-cv-1566

VERSUS                                       JUDGE EDWARDS

PREMIER ENTERTAINMENT SHREVEPORT             MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Premier Entertainment Shreveport, LLC removed this case based on diversity jurisdiction. Premier filed a Diversity Jurisdiction Disclosure Statement and alleged that it is a limited liability company "whose parent company is Bally's Corporation, a Delaware corporation with its principal place of business in Wilmington, Delaware."

The citizenship of an LLC is determined by the citizenship of all of its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

Merely alleging that Bally's is Premier's "parent company" does not specifically identify the member(s) of Premier. There may be multiple layers of members and ownership between them, but the current allegations provide no clarification. Similarly, it has been held insufficient to state that an LLC is "wholly owned" by another company. SXSW, L.L.C. v. Fed. Ins. Co., 83 F.4th 405, 408 (5th Cir. 2023). Premier must identify its members and allege their citizenship in accordance with the rules applicable to each member.

Premier Entertainment must file, not later than **November 19, 2025** an amended Diversity Jurisdiction Disclosure Statement that specifically identifies its members and alleges their citizenship in accordance with the rules applicable to each member. A summary of the rules for alleging the citizenship of individuals and various entities is in Doc. 4.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 5th day of November, 2025.

Mark L. Hornsby
U.S. Magistrate Judge